UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. **5:10-cv-00036-KSF**

AURDEY GAYLE YOUNG AND
RICHARD YOUNG                                                                    *Plaintiff*

vs.                                         **VOLUNTARY DISMISSAL**

FRONTLINE ASSET STRATEGIES, LLC
                                                                                   *Defendant*

\* \* \* \* \* \* \*

NOW COMES Plaintiff, AUDREY GAYLE YOUNG AND RICHARD YOUNG ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, FRONTLINE ASSET STRATEGIES, LLC ("Defendant"), in this case.

Respectfully Submitted,

DATED:  May 10, 2010          **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates
      Lee Cassie Yates- # 0352688
      Krohn & Moss, Ltd.
      120 West Madison Street, 10th Floor
      Chicago, IL 60602
      Phone: (312) 578-9428

*Attorney for Plaintiff*

1